# Court of Appeals
# of the State of Georgia

ATLANTA,  May 20, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0124. BRODERICK CRAWFORD et al. v. FREDRICK QUAYLE & ASSOCIATES.**

Upon consideration of the petition for writ of mandamus,  the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/20/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*